5/14/70 *1* Motion for Consolidation by defendant Viasa Airways (Venezuelan
        International Airways, S.A., a/k/a Viasa.

5/28/70  FILED HEARING ORDER sent to all counsel and involved judges, and to
        hearing clerk.  Hearing Set for June 26, 1970, Washington, D.C.
        APPENDIX TO
6/5/70 *2* FILED/VIASA'S BRIEF IN SUPPORT OF MOTION TO CONSOLIDATE AND TRANSFER
        No. 69-373-Civ-Ca, S.D. Fla.

6/8/70 *3* VIASA'S BRIEF IN SUPPORT OF MOTION TO CONSOLIDATE

6/8/70  *4* Response of pl. Frank Burl Dee (S.D. Fla. - 69-373-Civ-CA)

6/15/70 *5* Douglas' Joiner in Portions of Viasa Motion, Brief

7/13/70    Filed - Consent of Transferee Court transferring actions to the S.D.
        Florida, and assigning them to C. Clyde Atkins
        Order Entered transferring C.A. Nos. 69C191 and 70C83, S.D. Tex., to S.D. Fla.
        Mailed to transferee clerk, transferee and transferor judges, all counsel
        and to Hearing Clerk.

7/22/70 *6* NOTICE &    of tag-along case & request for CTO in Pelfrey v. VIASA,
        MOTION    Calif., C., No. 70-1414-R

7/23/70  JOANNE H. PELFREY et al v. VISASA INTERNATIONAL AIRWAY, INC., C.D. Calif.,
        No. 70-1414-R  CTO ENTERED TODAY.  SENT TO ALL COUSNEL AND INVOLVED JUDGES

8/4/70    JOANNE H. PELFREY et al v. VISASA INTERNATIONAL AIRWAY, INC., C.D. Calif.,
        No. 70-1414-R  CTO EFFECTIVE TODAY. NOTIFIED TRANSFEREE CLERK AND INVOLVED
        JUDGES

4/6/71    CAROL ANN VITEK, ETC. V. THE VENEZUELAN AIRLINES, NEW JERSEY 328-71
        CTO entered today.  Sent to Counsel of Record and involved judges

4/22/71  CAROL ANN VITEK, ETC. V. THE VENEZUELAN AIRLINES, NEW JERSEY 328-71
        CTO final today.  Sent to transferee clerk and involved judge d.

*Docket Closed*

DOCKET NO.   48

DOCKET  --  JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## Description of Litigation

MULTIDISTRICT CIVIL ACTIONS INVOLVING THE AIR CRASH DISASTER NEAR *To SD Florida*
MARACAIBO, VENEZUELA, ON MARCH 16, 1969 * *assigned D.J.*

| NO. | CAPTION | DISTRICT & D.C. NUMBER | JUDGE | TRANSFER DATE | MISC. |
|---|---|---|---|---|---|
| A-1 | Dora E. Johnson v. Venezuelan International Airways, et al. *Dismissed 3/19/71* | S.D. Texas 69C-191 | Seals | * | 70-1100-iv-CA 1/23/70 |
| A-2 | Mary L. Marbaugh v. Venezolana Internacional de Aviacion, et al. *Dismissed* | S.D. Fla. 69-360-Civ-CA | Atkins | 6/19/71 | |
| A-3 | Frank Burl Dee v. Venezuelan International Airways, et al. *Dismissed* | S.D. Fla. 69-373-Civ-CA | " | | |
| A-4 | Paul Henry May, etc. v. Venezuelan International Airways, et al. *Closed* | S.D. Fla. 70-310-Civ-CA | " | 3/26/71 | |
| A-5 | Richard Vanderlei, II, etc. v. Venezuelan International Airways, et al. | S.D. Fla. 70-311-Civ-CA | " | 3/26/71 | |
| A-6 | Nancy Hooker Manning, etc. v. Venezuelan International Airways, et al. | S.D. Fla. 70-312-Civ-CA | " | 3/26/71 | |
| A-7 | Josefa Machado v. Venezuelan International Airways, et al. | S.D. Fla. 70-313-Civ-CA | " | 3/26/71 | |
| A-8 | Thomas A. Oates v. Venezuelan International Airways, et al. | S.D. Fla. 70-314-Civ-CA | " | 3/26/71 | |
| A-9 | Betty Jane Whitman, etc. v. Viasa Airlines, et al. | N.D. Ill. 69 C 1192 | | *Remanded to State Court* | |
| B-1 | Milton Bagley v. Venezuelan International Airways, et al. *Dismissed 4/8/70* | S.D. Texas C-83 | Seals | * | 70-1089-iv-CA 1/23/70 |
| C-1 | Joanne H. Pelfrey, et al. v. Viasa International Airways 7/23/70 | Calif., C 70-1414-R | Real | 4/27/71 | 70-1210-Cw-CA |
| C-2 | Carol Ann Vitek, etc. v. The Venezuelan Airlines, et al. 4/6/71 *Dismissed 8/5/71* | D. New Jersey 328-71 | Whipple | 4/22/71 | 71-C90-Civ-CA |

*4 Transfers to 6/30/71*

**ATTORNEY LIST   --   JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

## DESCRIPTION OF LITIGATION

MULTIDISTRICT CIVIL ACTIONS INVOLVING THE AIR CRASH DISASTER NEAR
MARACAIBO, VENEZUELA, ON MARCH 16, 1969

| No. | Plaintiff | Defendant |
|---|---|---|
| A-1 | Lamberth S. Carsey, Esquire<br>8th Floor, Bank of Southwest Building<br>Houston, Texas   77002 | VENEZUELAN INTERNATIONAL AIRWAYS, S.A.,<br>VIASA |
|  | William C. Harvin, Esquire<br>1600 Esperson Building<br>Houston, Texas   77002          (*) | Donald M. Coon, Esquire<br>Carey, Dwyer, Austin, Cole<br>  & Selwood |
|  | L. R. House, Esq., House, Mercer,<br>House & Brock, 1007 Nat'l Bank of<br>Commerce Bldg., San Antonio  78205 | 650 Seybold Building<br>Miami, Florida   33132 |
| A-2 | Sams, Anderson, Alper & Spencer<br>Concord Building<br>Miami, Florida |  |
| A-3 | Podhurst & Orseck     (a)<br>Concord Building<br>Miami, Florida | DOUGLAS AIRCRAFT CO.<br>Walton, Lantaff, Schroeder, Carson<br>  & Wahl |
|  | Wells & Brown          (b)<br>Post Office Box 12066<br>Pensacola, Florida | 922 Alfred I. duPont Building<br>Miami, Florida   33131 |
| A-4 | Same as A-3(a) above (Podhurst) |  |
| A-5 | "        "        "        " |  |
| A-6 | "        "        "        " |  |
| A-7 | "        "        "        " |  |
| A-8 | "        "        "        " |  |
| A-9 | John J. Kennelly, Esquire<br>111 West Washington Street<br>Chicago, Illinois   60602 | VIASA AIRLINES, INC.<br>Gordon R. Close, Esquire<br>Lord, Bissell & Brook<br>135 South LaSalle Street<br>Chicago, Illinois   60603 |
|  | George Gentiphes, Esquire<br>220 East Market Street<br>Warren, Ohio  44481 | Peterson, Lowry, Rall, Barber & Ross<br>135 South LaSalle Street<br>Chicago, Illinois   60603 |
| A-1 | (*)  John L. Hill, Esquire<br>      600 Houston First Savings Bldg.<br>      711 Fanin St.<br>      Houston, Texas   77002 |  |
| B-1 | Scott Baldwin, Esquire<br>Jones, Jones & Baldwin<br>300 W. Austin<br>Marshall, Texas   75670 | ADDITIONAL COUNSEL<br>Baker, Botts, Shepherd & Coates<br>1600 Esperson Bldg.<br>Houston, Tex. 77002 |

| No. | Plaintiff | Defendant |
|-----|-----------|-----------|
| C-1 | Daniel C. Cathcart<br>1800 Avenue of the Stars,<br>Suite 830<br>Los Angeles, California 90067 | |
| C-2 | C. Eugene Godlesky, Esq.<br>Schmidt & Godlesky<br>51 Main Street<br>Hackensack, New Jersey  07601 | |