*Unpublished*

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

DOCKET NO. 48          JUL 1 3 1970

PATRICIA D. HOWARD
CLERK OF THE PANEL

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

RE: MULTIDISTRICT CIVIL ACTIONS INVOLVING THE AIR CRASH
DISASTER NEAR MARACAIBO, VENEZUELA ON MARCH 16, 1969

### ORDER

UPON CONSIDERATION of the motion and supporting papers of VIASA urging transfer of all related civil actions to the Southern District of Florida, and the responses of other parties in this litigation, none of whom oppose transfer, the Panel finds that there are common questions of fact and that the convenience of the parties and their witnesses and the just and efficient conduct of the entire litigation would be served by transfer for coordinated or consolidated pretrial proceedings. *Cf. In re Mid-Air Collision near Fairland, Indiana*, 309 F.Supp. 621 (JPML 1970) and cases cited therein.

IT IS THEREFORE ORDERED that the two actions listed on the attached Schedule A pending in the Southern District of Texas are hereby transferred to the United States District Court for the Southern District of Florida for coordinated or consolidated pretrial proceedings under 28 U.S.C. §1407.

IT IS FURTHER ORDERED that with the written consent of that court filed with the Clerk of the Panel, these actions are hereby assigned to the Honorable C. Clyde Atkins.

FOR THE PANEL:

Alfred P. Murrah
Chairman

DOCKET NO. 48

## SCHEDULE A

### SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| Mary L. Marbaugh v. Venezolana Internacional de Aviacion, et al. | Civil Action No. 69-360-Civ-CA |
| Frank Burl Dee v. Venezuelan International Airways, et al. | Civil Action No. 69-373-Civ-CA |
| Paul Henry May, etc. v. Venezuelan International Airways, et al. | Civil Action No. 70-310-Civ-CA |
| Richard Vanderlei, II, et al. v. Venezuelan International Airways, et al. | Civil Action No. 70-311-Civ-CA |
| Nancy Hooker Manning, etc. v. Venezuelan International Airways, et al. | Civil Action No. 70-312-Civ-CA |
| Josefa Machado v. Venezuelan International Airways, et al. | Civil Action No. 70-313-Civ-CA |
| Thomas A. Oates v. Venezuelan International Airways, et al. | Civil Action No. 70-314-Civ-CA |

### SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| Dora E. Johnson v. Venezuelan International Airways, et al. | Civil Action No. 69 C 191 |
| Milton Bagley v. Venezuelan International Airways, et al. | Civil Action No. 70 C 83 |